THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>STEVEN C. DURST,<br><br>  Defendant/Judgment Debtor,<br><br>  and<br><br>CWD GROUP, INC.,<br><br>  Garnishee. | CASE NO. C17-0240-JCC<br><br>ORDER |

This matter comes before the Court on the Government's Application to Terminate Garnishment Proceeding (Dkt. No. 14). For the reasons stated in the Government's application, (*see id.* at 1), the Court concludes that this garnishment should be terminated in accordance with 28 U.S.C. § 3205(c)(10)(A). It is therefore ORDERED that (1) the Government's application (Dkt. No. 14) is GRANTED; (2) the garnishment is TERMINATED; and (3) Garnishee CWD Group, Inc. is relieved from further responsibility under this garnishment.

//

//

ORDER
C17-0240-JCC
PAGE - 1

1    DATED this 14th day of February 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-0240-JCC
PAGE - 2